

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00075-CV

_____

IN RE TEXAS AIR CLASSICS, INC., Relator

---

Original Proceeding
County Court at Law No. 2 of Denton County, Texas
Trial Court No. CV-2020-03039

---

Before Bassel, Kerr, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's "1ˢᵗ Amended Petition for Writ of Mandamus" and "Motion for Emergency Temporary Relief" and is of the opinion that relief should be denied. Accordingly, relator's "1ˢᵗ Amended Petition for Writ of Mandamus" and "Motion for Emergency Temporary Relief" are denied.

Per Curiam

Delivered: March 8, 2022